Filed 3/3/25  In re J.G. CA2/4

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION FOUR

| | |
|---|---|
| In re J.G., a Person Coming Under the Juvenile Court Law. | B336434<br><br>(Los Angeles County Super. Ct. Nos. 23LJJP00231 23LJJP00231A) |
| LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>M.G.,<br><br><br>    Defendant and Appellant. | |

APPEAL from orders of the Superior Court of Los Angeles County, Debra L. Gonzales, Judge Pro Tempore of the Juvenile Court. Dismissed.

Anuradha Khemka, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

Appellant M.G. filed an appeal from jurisdictional and dispositional orders concerning minor J.G. After examination of the record, appellant's appointed counsel was unable to identify any arguable issues and so informed this Court. Appointed counsel provided appellant with a copy of the brief and advised him that he could obtain permission to file a brief upon a showing of good cause that an arguable issue exists, and that the appeal would be dismissed if no brief containing an arguable issue was submitted to this Court within 30 days. On October 27, 2024, appellant submitted a four-sentence letter brief, which the Court has considered. The letter brief does not address the juvenile court's jurisdictional and dispositional findings and orders. It addresses only the three-year permanent restraining order against appellant. The letter brief asserts that the restraining order is "effecting communications" between appellant and J.G.'s mother, "preventing co-parenting between my son with his mother and I," and violating appellant's "right to co-parent correctly." It contains no legal argument or citation to legal authority. Accordingly, the letter brief does not present good cause that an arguable issue exists and will be marked as received but not filed.

2

## DISPOSITION

The appeal (notice of appeal filed April 2, 2024) is dismissed. *In re Phoenix H.* (2009) 47 Cal. 4th 835.

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS


COLLINS, J.

We concur:


ZUKIN, ACTING P. J.


MORI, J.